NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MELVIN QUEVEDO,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D16-3074
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____  )


Opinion filed February 9, 2018.

Appeal from the Circuit Court for Manatee
County; Deno Economou, Judge.

Howard L. Dimmig, II, Public Defender, and
Caroline Joan Picart, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.